Kay Endres
4107 Burnage Hall Rd.
Harrisburg, NC 28075


To the United States District Judge Robert Conrad;

You Honor,

I am the mother of Starr's boy friend, Aaron Guido.

Prior to meeting Starr, I had heard much, positive praise about her from my son.

I met her fall of 2012, while on a vacation trip to Zion and Bryce National parks.  My first impression of Starr, was a beautiful, outgoing young lady. Willing to hike, horseback ride, and being a good sport as I insisted on taking numerous pictures in my attempt to get the perfect snapshot of her as she pretended to jump off a ledge, as Aaron caught her in flight.  They had much fun, and playful interactions on that trip; and It was obvious to me my son was falling in love.

When we visited them in 2013,  we were greeted by Starr's rescue Great Danes.  She, at one time had five of them!   She, too, has a great love for animals.  It  was entertaining in watching her and Aaron work together as they enthusiastically expressed their renovation ideas to each other.  It was wonderful to witness their respect on each other's opinion.

It was also at this time,  I  had asked Starr if she wanted children and she replied No.   Her reply dumbfounded me for I knew Aaron wanted to have children at some point and I wanted to become a grandmother.  Sadly at this point in time,  I was unaware  they had just found out about the investigation and had been subpoenaed.  As this investigation progressed into years, I came to realize her reply was stemmed out of fear of the unknown.   I never could have imagined that this investigation would go on for so many  years, alienating any thought of their planning a future together.   Starr and Aaron couldn't even dream of having a family, a normal life.  I do hope, they go on and  get married, another experience that has been put on hold.

As I have gotten to know Starr through the years, I have seen a woman, that is honest, outspoken, strong-willed, at times fun loving.  She is such a gifted artist.  I am one of her biggest fans.  We went to an art party.  Our table tried to follow her lead, as she painted her image.  It was so good, the instructor pointed it out.  She has outstanding artwork in their upstairs, pieces that are unbelievable.  Some I am hoping I get as a gift, others she needs to finish and display in her home.  She has her ups and downs, and I know this why she stops a painting.

Starr is truly a good person. Starr and Aaron have stayed together these years and have been emotionally scarred.  I have no doubt, that with family supporting them, they can overcome past events.


Sincerely,


Kay Endres