

2-26-19

Larry and Sonja Powell
101 Rougue Cove Rd.
Carolina Beach N.C. 28428
910-231-9910

Honorable Robert J. Conrad,

Larry and I have known Starr Campbell for about 13 years now. Larry and I met Starr for the first time in downtown Wilmington. She was attending a girlfriends wedding and her parents were on a boat trip with us. Larry has been in the Bail Bonding Industry for over 20 years and Starr thought it was very fascinating, so they ended up talking for a long time that day and we've been friends ever since. Larry and I also own Tarheel Monitoring LLC, where we provide government entities, counties and individuals with GPS equipment and monitoring services. We have lived at Carolina Beach for about 14 years and in N.C. all of our lives.

Over the past 13 or so years that we have known Starr she has always been a bright, hardworking, and driven young lady and Larry and I consider her and her family close friends. We believe she would rather work than have leisure time. On several occasions she was asked to go on trips with all of us, but she always had work that she needed to get finished. I remember several years ago when she was in an accident, while trying a new exercise regimen. Her parents came to Charlotte to help her out around the house, but she still insisted on get unfinished work completed whether it be house work or job related.

We have known for awhile that she had some legal issues she was working through, but we stand behind the fact that she is the same person we came to know, trust and love years ago. Larry and I believe in her and know that she will get through this and continue to be a great contribution to her community, friends, and family.

If we can be of further assistance, please do not hesitate to call the number above.

Kind Regards,

*Sonja Powell*
*Larry Powell*

Larry Powell
Sonja Powell

*Hablamos Español*

| NEW HANOVER COUNTY JAIL | DOWNTOWN WILMINGTON | BRUNSWICK COUNTY |
|---|---|---|
| 3804 Juvenile Center Road | 244 Princess Street, Ste. 17 | 3470 Old Ocean Hwy |
| Castle Hayne, NC 28429 | Wilmington, NC 28401 | Bolivia, NC 28422 |
| **910.675.2828** | **910.815.4011** | **910.253.0025** |